IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

**FILED**

APR 13 2017

Clerk, U.S. District Court
District Of Montana
Billings

| | |
|---|---|
| SHOSHONE TRIBE OF THE WIND RIVER RESERVATION,<br><br>Plaintiff,<br><br>vs.<br><br>RYAN ZINKE, Secretary of the Interior; UNITED STATES DEPARTMENT OF INTERIOR; UNITED STATES BUREAU OF INDIAN AFFAIRS; MICHAEL BLACK, Acting Assistant Secretary for Indian Affairs; DARRYL LACOUNTE, Rocky Mountain Regional Office Director for Bureau of Indian Affairs, Billings, Montana; LOUISE REYES, Rocky Mountain Regional Office Indian Services Officer for Bureau of Indian Affairs; NORMA GOURNEAU, Bureau of Indian Affairs Superintendent Wind River Agency; RAY NATION, Bureau of Indian Affairs Deputy Superintendent Wind River Agency,<br><br>Defendants. | CV 17-45-BLG-SPW<br><br>ORDER |

Plaintiff Shoshone Tribe of the Wind River Reservation moves for the

admission of Mark A. Echo Hawk to practice before the Court in the above

1

captioned matter with Majel M. Russell of Billings, Montana, designated as local counsel. The motion complies with Local Rule 83.1(d).

IT IS SO ORDERED that Plaintiff Shoshone Tribe of the Wind River Reservation's motion to admit Mark A. Echo Hawk to appear *pro hac vice* (Doc. 3) is **GRANTED** and he is authorized to appear as counsel with Majel M. Russell pursuant to L.R. 83.1(d) in the above captioned matter.

DATED this 13th day of April, 2017.

SUSAN P. WATTERS
United States District Judge