# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| SHOSHONE TRIBE OF THE WINDRIVER RESERVATION,<br><br>            Plaintiff,<br>vs.<br><br>RYAN ZINKE, Secretary of the Interior; UNITED STATES DEPARTMENT OF THE INTERIOR; UNITED STATES BUREAU OF INDIAN AFFAIRS; MICHAEL BLACK, Acting Assistant Secretary for Indian Affairs; DARRYL LaCOUNTE, Rocky Mountain Regional Office Director for Bureau of Indian Affairs, Billings, Montana; LOUISE REYES, Rocky Mountain Regional Office Indian Services Officer for Bureau of Indian Affairs; NORMA GOURNEAU, Bureau of Indian Affairs Superintendent Wind River Agency; RAY NATION, Bureau of Indian Affairs Deputy Superintendent Wind River Agency (retired).<br><br>            Defendants. | CV-17-45-BMM<br><br>**ORDER** |

A preliminary pretrial conference was held telephonically on August 28, 2017, at the Missouri River Courthouse in Great Falls, Montana. Plaintiff was represented by Majel Russell and Georgette H. Boggio. Defendant was represented

by James D. Todd, Jr., and Joseph Evan Borson. The parties agreed that the issue will be resolved by cross motions for summary judgment.

**IT IS ORDERED:**

Scheduling Order: The following schedule, established with the concurrence of the parties, will be observed:

1. The Defendants shall assemble and file the Administrative Record on or before October 13, 2017.

2. Plaintiff shall file their Motion for Summary Judgment and Opening Brief on or before November 17, 2017.

3. Defendants shall file their Opposition Brief and Cross-Motion for Summary Judgment on or before December 15, 2017.

4. Plaintiff shall file their Opposition Brief and Reply on or before January 5, 2018.

5. Defendants shall file their Reply on or before January 19, 2018.

6. The Court will conduct a hearing on the Motions for Summary Judgment at 1:30 p.m. on Thursday, February 8, 2018, at the Missouri River Courthouse in Great Falls, Montana.

DATED this 18th day of September, 2017.

/s/ Brian Morris
Brian Morris
United States District Court Judge