# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| SHOSHONE TRIBE OF THE WINDRIVER RESERVATION,<br><br>Plaintiff,<br><br>vs.<br><br>RYAN ZINKE, Secretary of the Interior; UNITED STATES DEPARTMENT OF THE INTERIOR; UNITED STATES BUREAU OF INDIAN AFFAIRS; MICHAEL BLACK, Acting Assistant Secretary for Indian Affairs; DARRYL LaCOUNTE, Rocky Mountain Regional Office Director for Bureau of Indian Affairs, Billings, Montana; LOUISE REYES, Rocky Mountain Regional Office Indian Services Officer for Bureau of Indian Affairs; NORMA GOURNEAU, Bureau of Indian Affairs Superintendent Wind River Agency; RAY NATION, Bureau of Indian Affairs Deputy Superintendent Wind River Agency (retired).<br><br>Defendants. | CV-17-45-BLG-BMM<br><br>**ORDER** |

The Court has reviewed Mr. Kelly Rudd's letter from December 1, 2017. (Doc. 35.) The Court will consider Mr. Rudd's letter as a motion. Mr. Rudd requests a copy of the Administrative Record in the above-entitled matter.

Defendants filed a redacted copy of the Administrative Record that may be accessed by the public on December 20, 2017. (Doc. 36.)

Accordingly, **IT IS HEREBY ORDERED:**

1. The Motion to Access a Copy of the Administrative Record (Doc. 35) is **DISMISSED** as moot.

DATED this 3rd day of January, 2018.

Brian Morris
United States District Court Judge