# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| SHOSHONE TRIBE OF THE WINDRIVER RESERVATION,<br><br>Plaintiff,<br><br>vs.<br><br>RYAN ZINKE, Secretary of the Interior; UNITED STATES DEPARTMENT OF THE INTERIOR; UNITED STATES BUREAU OF INDIAN AFFAIRS; MICHAEL BLACK, Acting Assistant Secretary for Indian Affairs; DARRYL LaCOUNTE, Rocky Mountain Regional Office Director for Bureau of Indian Affairs, Billings, Montana; LOUISE REYES, Rocky Mountain Regional Office Indian Services Officer for Bureau of Indian Affairs; NORMA GOURNEAU, Bureau of Indian Affairs Superintendent Wind River Agency; RAY NATION, Bureau of Indian Affairs Deputy Superintendent Wind River Agency (retired).<br><br>Defendants. | CV-17-45-BMM<br><br>**ORDER** |

Before the Court is the parties' Joint Motion to Stay Proceedings. For good cause shown therein, it is **HEREBY ORDERED:**

1. The Joint Motion to Stay is **GRANTED;** and

2. The parties shall file a Joint Status Report every 90 days advising the Court on the potential dismissal of this matter.

DATED this 27th day of February, 2018.

_____
Brian Morris
United States District Court Judge