Mark A. Echo Hawk (*pro hac vice*)
ECHO HAWK & OLSEN, PLLC
505 Pershing Ave., Suite 100
PO Box 6119
Pocatello, Idaho 83205
Phone: (208) 478-1624
Fax: (208) 478-1670
mark@echohawk.com

Georgette H. Boggio
(Montana Bar No. 6256)
Elk River Law Office, P.L.L.C.
2501 4th Ave. North
PO Box 928
Billings, MT 59101
Phone: (406) 259-8611
Fax: (406) 259-3251
gboggio@elkriverlaw.com

Majel M. Russell
(Montana Bar No. 4057)
Elk River Law Office, P.L.L.C.
2501 4th Ave. North
PO Box 928
Billings, MT 59101
Phone: (406) 259-8611
Fax: (406) 259-3251
mrussell@elkriverlaw.com

*Attorneys for Shoshone Tribe*

CHAD A. READLER
Acting Assistant Attorney General
Civil Division

KURT G. ALME
United States Attorney
VICTORIA L. FRANCIS
Assistant U.S. Attorney
U.S. ATTORNEY'S OFFICE
2601 Second Avenue North, # 3200
Billings, MT 59101
(406) 247-4633
victoria.francis@usdoj.gov

ERIC R. WOMACK
Assistant Branch Director
JAMES D. TODD, JR.
JOSEPH E. BORSON
U.S.DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, D.C. 20530
(202) 514-3378
james.todd@usdoj.gov

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| SHOSHONE TRIBE OF THE WINDRIVER RESERVATION,<br>Plaintiff,<br><br>vs.<br><br>RYAN ZINKE, Secretary of the Interior<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR | CV-17-45-BLGS-BMM<br><br>**JOINT STATUS REPORT** |

1

| |
|---|
| UNITED STATES BUREAU OF INDIAN AFFAIRS |
| MICHAEL BLACK, Acting Assistant Secretary for Indian Affairs |
| DARRYL LaCOUNTE, Rocky Mountain Regional Office Director for Bureau of Indian Affairs, Billings, Montana |
| LOUISE REYES, Rocky Mountain Regional Office Indian Services Officer for Bureau of Indian Affairs |
| NORMA GOURNEAU, Bureau of Indian Affairs Superintendent Wind River Agency |
| RAY NATION, Bureau of Indian Affairs Deputy Superintendent Wind River Agency (retired). Defendants. |

Pursuant to this Court's Order, ECF No. 45, the parties submit this Joint Status Report.

1. Plaintiff Shoshone Tribe of the Wind River Reservation ("EST") filed the present action against the U.S. Department of the Interior ("Interior") on April 12, 2017. *See* Compl. (Apr. 12, 2017), ECF No. 1. The EST challenges, *inter alia*, the Bureau of Indian Affairs' declinations of several Indian Self-Determination Act ("ISDA"), 25 U.S.C. § 5301 *et seq.*, contract proposals that it had submitted to the Bureau of Indian Affairs in September 2016. *Id*. On that same day, the EST

2

separately moved to intervene in two related, consolidated cases that were also pending before this Court: *Northern Arapaho Tribe* ("*NAT*") *v. LaCounte, et al.*, No. 1:16-cv-11-BMM (D. Mont.), *appeal of prelim. injunction pending*, No. 16-36049 (9th Cir.); and *NAT v. Interior, et al.*, No. 1:16-cv-60-BMM (D. Mont.), *appeal pending*, No. 17-35662 (9th Cir.). *See* Mot. by EST to Intervene, *NAT v. LaCounte*, No. 1:16-cv-11-BMM (D. Mont. Apr. 12, 2017), ECF No 157. All three cases involve disputes concerning the operation of certain BIA programs on the Wind River Reservation that are operated for the benefit of both Tribes.

2. As previously reported, the NAT and the EST have formed a new tribal organization, known as the Wind River Inter-Tribal Council, to jointly oversee certain activities on the Reservation. The BIA has recently awarded that organization new ISDA contracts to jointly operate a new Tribal Court and a Fish and Game program. *See* Mot. to Stay, ECF No. 44.

3. Since filing their motion to stay, counsel for the NAT and the BIA have continued to pursue mediation before the Ninth Circuit. Both the Northern Arapahoe Business Council and Shoshone Business Council had elections in the Fall of 2018 and several of the positions on the Shoshone Business Council changed, including the Chairman. Since those elections, the Northern Arapaho Business Council Chairman reached out to the Shoshone Business Council to

renew discussion of settlement that would include coordinated dismissals of all three cases.

4. The parties to this case believe that continued discussion would be productive, and thus that a stay of proceedings remains warranted.

5. Pursuant to this Court's Order, ECF No. 45, the next joint status report is due on Thursday, May 23rd, 2019.

Dated: February 21, 2019

Respectfully Submitted,

| | |
|---|---|
| s/Majel M. Russell<br>MAJEL M RUSSELL<br>ELK RIVER LAW OFFICE, P.L.L.C | s/James D. Todd, Jr.<br>JAMES D. TODD, JR.<br>JOSEPH E. BORSON<br>U.S. DEPARTMENT OF JUSTICE |
| s/Georgette H. Boggio<br>GEORGETTE H. BOGGIO<br>ELK RIVER LAW OFFICE, P.L.L.C. | Civil Division, Federal Programs<br>Branch |
| s/Mark A. Echo Hawk<br>MARK A. ECHO HAWK<br>ECHO HAWK & OLSEN, PLLC | |

## **CERTIFICATE OF SERVICE**

I certify that I electronically filed the foregoing filing on February 21, 2019. Notice of this filing will be sent by email to all parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

S/Majel M. Russell
MAJEL M. RUSSELL
