IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| SHOSHONE TRIBE OF THE WIND RIVER RESERVATION,<br><br>Plaintiff,<br><br>vs.<br><br>DAVE BERNHARDT, Secretary of the Interior,<br><br>Defendants. | Cause No: CV-17-45-BLG-BMM<br><br>**ORDER** |

Upon the Stipulation of Dismissal Without Prejudice, (Doc. 52) and good cause appearing, it is HEREBY ORDERED that this action is dismissed, with each party to bear its own fees and costs.

DATED this 3rd day of January, 2020.

_____
Brian Morris
United States District Court Judge